UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:19-cv-14353-ROSENBERG/MAYNARD

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DAVID BERNHARDT, in his official
capacity as Secretary of the U.S. Department
of the Interior, and U.S. FISH AND
WILDLIFE SERVICE,

    Defendants.
_____/

## ORDER CLOSING CASE

This cause is before the Court following a telephonic Status Conference on September 27, 2019, at 11:00 am. The Court sought input as to how this case should proceed in light of the related case before the Court, *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, Case No. 19-cv-14243, filed on July 15, 2019. The parties agreed to the dismissal of this action without prejudice in contemplation of filing an amended complaint in Case No. 19-cv-14243, so as to litigate all related claims in one case. It is therefore

    **ORDERED AND ADJUDGED**:

    1.    Plaintiff's Complaint for Declaratory and Injunctive Relief (DE 1) is **DISMISSED WITHOUT PREJUDICE.**

    2.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of September, 2019.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record